McDONALD, J.,
concurring.
I join the Court’s very clear and well reasoned opinion. I write separately just to note that, while the Circuit Court properly exercised its discretion in this case to deny certification of a class for the reasons identified in the Court’s opinion, other claims under the Wage Payment and Collection Law may be amenable to prosecution as class actions. These are often cases in which multiple individual employees may each have a claim — claims that are small compared to many that we see, but that may be very significant to the individual employees — against the same defendant for very similar reasons. Indeed, the closely related wage and hour laws themselves contemplate the consolidation of similar individual claims *567 against one employer in a single action. See Maryland Code, Labor & Employment Article, § 3 — 427(b)(3); 29 U.S.C. § 216(b).